UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| CHARLES EDWARD STEPHENS, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 3:18-CV-300-TAV-HBG |
| | ) | | |
| UNION COUNTY, TENNESSEE, | ) | | |
| BILLY BREEDING, | ) | | |
| JESSE ELLIS, | ) | | |
| BRUCE ELLIS, and | ) | | |
| JOHN AND JANE DOES 1-10, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Defendants' motions for leave to file excess pages and for summary judgment [Docs. 23, 24] are **GRANTED**, Plaintiff's claims against the Doe Defendants are **DISMISSED**, and this action is **DISMISSED**. The Clerk is **DIRECTED** to close the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT